<u>Judgment in a Civil Case</u>

United States District Court
<u>WESTERN DISTRICT OF NEW YORK</u>

| NATALIE LOPEZ | **JUDGMENT IN A CIVIL CASE** |
|---|---|
| | CASE NUMBER: 15-CV-786-V |
| v. | |
| TURNING POINT SOLUTIONS, LLC | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:   that this action is hereby dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute

Date: June 28, 2016       MARY C. LOEWENGUTH
                          CLERK OF COURT

                          By: s/K.McMillan
                              Deputy Clerk